```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

JAMES G. AKERS,                  )
                                 )
    Plaintiff                )
                                 )        No. 3:10-1213
v.                               )        Magistrate Judge Brown
                                 )        **Jury Demand**
HEARTLAND DENTAL CARE, INC.,     )
                                 )
    Defendant                )

### O R D E R

Pursuant to Rule 58(a) this case is **DISMISSED** with prejudice for the reasons set forth in the accompanying memorandum. This constitutes the Court's final judgment in this matter.

    It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge